ACCEPTED
03-15-00153-CR
8268787
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/16/2015 3:26:16 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00153-CR

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/16/2015 3:26:16 PM
JEFFREY D. KYLE
Clerk

## IN THE COURT OF APPEALS FOR THE THIRD DISTRICT OF TEXAS

THE STATE OF TEXAS, Appellant

v.

FRANCES ANITA ROBINSON, Appellee

On Appeal from the 207th Judicial District Court of Comal County, Texas
Cause No. CR2013-267
Honorable Bruce Boyer, District Judge Presiding

### MOTION TO EXTEND TIME TO FILE APELLEE'S BRIEF

**Sullivan & Associates, PLLC**

**By**
**Charles Sullivan**
**Texas Bar No. 24049421**
**308 Campbell Drive**
**Canyon Lake, TX 78133**
**(830) 899-3259 Phone**
**(210) 579-6448 Fax**
**csullivan@lawcullivan.com**
**Attorney for Appellee Robinson**

## MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Francis Anita Robinson, Appellee in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 207th Judicial District of Comal County, Texas.

2. The case below was styled the STATE OF TEXAS vs. FRANCES ANITA ROBINSON, and numbered CR2013-267.

3. Appellant State is appealing Motion to Supress Evidence granted by the trial court on February 18, 2015.

4. The appellate filed their brief on October 16, 2015.

5. Appellee requests an extension of time of 30 days from the current due date, i.e., December 21, 2015.

6. Appelle has previously requested one extension on November 19, 2015 which was granted.

7. Defendant is currently free on bond.

**WHEREFORE, PREMISES CONSIDERED**, Appellee prays that this Court grant this Motion To Extend Time to File Appellee's Brief, and for such other and further

relief as the Court may deem appropriate.

Respectfully submitted,

_____
Charles W. Sullivan
Texas Bar No. 24049421
Sullivan & Associates, PLLC
308 Campbell Drive
Canyon Lake, TX  78133
(830) 899-3259 Phone
(210) 579-6448 Fax

**STATE OF TEXAS**  §
§
**COUNTY OF COMAL**  §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Charles Sullivan, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause.  I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
Charles Sullivan

**SUBSCRIBED AND SWORN TO BEFORE ME** on December 16, 2015, to

certify which witness my hand and seal of office.



Lori Hernandez
My Commission Expires
09/12/2019

_____
Notary Public, State of Texas

### Certificate of Service

I, Charles Sullivan, attorney for Frances Anita Robinson, Appellee, hereby certify that a true and correct copy of this Motion has been delivered to Appellant via State's attorney of record in this matter:

Jennifer Tharp, Criminal District Attorney
Daniel Palmitier, Assistant District Attorney
150 N. Seguin Avenue, Suite #307
New Braunfels, Texas 78130
(830) 221-1300
Fax (830) 608-2008
E-mail: preslj@co.comal.tx.us
*Attorneys for State*

By electronically sending it through efile.txcourts.gov service, this 16th day of December, 2015.

_____
Charles Sullivan